# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND T. KOCH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRANDON PRICE,<br><br>　　　　　Defendant. | 1:19-cv-01082 JDP<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

Plaintiff is a civil detainee proceeding without counsel in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed an application to proceed *in forma pauperis*. Examination of the application reveals that plaintiff is unable to afford the costs of this action. Accordingly, the application to proceed *in forma pauperis* is granted.

IT IS SO ORDERED.

Dated: 　August 21, 2019　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

No. 205

2