UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND THOMAS KOCH, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON PRICE, Coalinga State Hospital Administrator <br><br> Defendant. | No. 1:19-cv-01082-DAD-JDP <br><br> <u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE</u> <br><br> (Doc. No. 6) |

Plaintiff Roland Thomas Koch is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 3, 2019, the assigned magistrate judge screened the complaint and issued findings and recommendations, recommending that this action be dismissed as duplicative of *Koch v. Price, et al.*, No. 1:18-cv-01693-DAD-SAB (E.D. Cal.) [hereinafter *Koch I*], a previously filed civil action in this court. (Doc. No. 6). The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days. (*Id.*)

Plaintiff timely filed objections on December 13, 2019. (Doc. No. 8.) In those objections, plaintiff fails to dispute the magistrate judge's finding that this action is duplicative of *Koch I*,

1

which was dismissed with prejudice by this court for failure to state a cognizable claim for relief. (*See Koch I*, Doc. No. 23).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 3, 2019 (Doc. No. 6) are adopted;
2. This action is dismissed with prejudice due to it being duplicative of an action already dismissed by this court with prejudice;
3. Plaintiff's motion for miscellaneous relief (Doc. No. 7) is denied as moot; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 27, 2020**

UNITED STATES DISTRICT JUDGE